# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| ISAIAH J. SAMPSON | CIVIL ACTION NO. 05-0017 |
| -vs- | JUDGE LITTLE |
| NOLAN J. HAMMOND, ET AL. | |

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that Isaiah J. Sampson's ("Sampson") civil rights complaint, filed pursuant to 42 U.S.C. § 1983, be dismissed with prejudice for frivolity pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Sampson has filed an objection to the magistrate's report. After full record review, the court adopts the conclusions of the magistrate. Sampson's civil rights complaint is DISMISSED WITH PREJUDICE.

If plaintiff's factual allegations are accurate, he may well have a claim against his own attorney and those assisting his attorney in a state court proceeding.

Alexandria, Louisiana

22 July 2005

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE